BEFORE THE FIRST DIVISION, SEPTEMBER 16, 1959

No. 63348.—Richter Bros., Inc. *v.* United States, protest 58/4054 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C.C.P.A. 128, C.A.D. 649), the claim of the plaintiff was sustained.

No. 63349.—The Wing On Co., et al. *v.* United States, protests 58/8913, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.*, v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiffs was sustained.

No. 63350.—Traveler Trading Co. *v.* United States, protest 58/19729 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.